UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
In re:

     THE BENNETT FUNDING GROUP, INC.
     SECURITIES LITIGATION          MDL 1153 (KTD)

                                **ORDER**

-------------------------------------X
THIS DOCUMENT RELATES TO:
-------------------------------------X
KRONFELD,

         Plaintiff(s),

      -against-               96 Civ. 2583 (KTD)

BENNETT, et al.,

         Defendant(s).
-------------------------------------X
APPEL,

         Plaintiff(s),

      -against-               97 Civ. 2199 (KTD)

BENNETT FINANCIAL SERVICES, et al.,

         Defendant(s).
-------------------------------------X

     The above-captioned action having come before the Court, and
the Court having entered an Order and Final Judgment approving the
settlement of the case as to the Halpert Subclass on January 31,
2007, and the Court having entered a Distribution Order approving
the distribution of the Halpert Subclass Net Settlement Fund on
July 29, 2008, and the Court having entered an Order authorizing an
additional distribution of the Halpert Subclass Net Settlement Fund
to Anthony D'Onofrio and Antoinette D'Onofrio on ~~January~~ February 11, 2009,
and the distribution of the Halpert Net Settlement Fund having now
been completed, and the Court having considered all matters raised,
it is

**ORDERED** that the Clerk of Court shall be and hereby is directed to close the above-captioned actions.

Dated:    New York, New York
          ~~February~~ , 2009
          March 9

                                        Kevin T. Duffy
                                        United States District Judge